# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY NOVAK | ] | Case No. 1:16-cv-02325 |
| | ] | Judge Dan Aaron Polster |
| Plaintiff | ] | |
| | ] | |
| -vs- | ] | **STIPULATION FOR** |
| | ] | **DISMISSAL** |
| THE CITY OF PARMA, et al. | ] | |
| | ] | |
| Defendants | ] | |

Now comes Plaintiff, and all Defendants by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and hereby stipulate and consent to the voluntary dismissal of the above captioned matter.  All of the Plaintiff's individual claims, whether stated or unstated, are dismissed ***without*** prejudice.  Nothing in the dismissal shall be construed to prevent any and all Plaintiffs from refiling claims against Defendants either individually or collectively.

Respectfully submitted,                                   Respectfully submitted,


/s/ *D John Travis*                                        /s/  *Gary A. Vick*
D John Travis (0011247)                          Gary A. Vick, Jr. (0071495)
**Gallagher Sharp LLP**                           **Connick Law LLC**
Sixth Floor Bulkley Building                     25550 Chagrin Boulevard, Suite 101
1501 Euclid Avenue                                   Beachwood, Ohio 44122
Cleveland, Ohio 44115                              Ph: (216) 364-0512 | Fx: (216) 609-3446
Ph: (216) 241-5310 | Fx: (216) 241-1608    Email:  gavickjr@connicklawllc.com
Email:  jtravis@gallaghersharp.com

*Counsel for Defendants*                           *Counsel for Plaintiff*